ANTHONY D'ADDIO *v.* CONNECTICUT INSURANCE
GUARANTY ASSOCIATION
CONNECTICUT INSURANCE GUARANTY ASSO-
CIATION *v.* ANTHONY D'ADDIO

The Connecticut Insurance Guaranty Association's petition for certification for appeal from the Appellate Court, 30 Conn. App. 729 (AC 11410), is denied.

*Philip F. von Kuhn,* in support of the petition.

*Ira B. Grudberg* and *Alice S. Miskimin,* in opposition.

Decided May 17, 1993

GRACE COMMUNITY CHURCH *v.* TOWN OF
BETHEL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 30 Conn. App. 765 (AC 11312), is denied.

*Jerome A. Mayer* and *John W. Mauck,* pro hac vice, in support of the petition.

*Stephen C. Gallagher,* in opposition.

Decided May 17, 1993

RUTH IPBACH *v.* MICHAEL IPBACH

The defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 912 (AC 11265), is denied.

*Charlotte Croman,* in support of the petition.

*Lisa Faccadio,* in opposition.

Decided May 26, 1993